

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00468-CV

**IN THE INTEREST OF N.N., AND K.N.**, Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-08539
Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

Delivered and Filed: August 27, 2025

APPEAL DISMISSED

The filing fee of $205.00, which was due from appellant Briana C. Bolanos when this appeal was filed, has not been paid. The clerk of the court notified appellant of this deficiency in a letter dated July 18, 2025, and stated the fee must be remitted no later than July 28, 2025. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Appellant also had not filed a docketing statement, although the clerk of this court also notified appellant of this deficiency and required corrective action.

Therefore, on August 6, 2025, we ordered appellant, not later than August 18, 2025, to either (1) pay the applicable filing fee or (2) provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee. *See id.* R. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). We cautioned appellant that if she failed to respond satisfactorily within the time ordered, this appeal would be dismissed. *See id.* R. 42.3(c).

Appellant has not paid the filing fee, filed a docketing statement, or otherwise responded to our August 6, 2025 order. Accordingly, this appeal is dismissed.

PER CURIAM